54 A.3d 11

Kenyatta WARNER, Petitioner

v.

COMMONWEALTH of Pennsylvania Rosalyn K. Robinson, (Judge for the Philadelphia Court of Common Pleas), Respondent.

No. 111 EM 2012.

Supreme Court of Pennsylvania.

Sept. 24, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2012, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Review (in the Nature of a Complaint in Mandamus)" is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.